# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 15, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154094

MICHAEL RICHARD KAUFMAN,

      Plaintiff-Appellant,

v

                                          SC: 154094
                                          COA: 331756

CHIPPEWA CORRECTIONAL FACILITY
WARDEN and DEPARTMENT OF
CORRECTIONS,

      Defendants-Appellees.
_____

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of July 20, 2016, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 15, 2016



jam

                                    Clerk